UNITED MUTUAL FIRE INSURANCE COMPANY, Appellant, v. JAMESTOWN MUTUAL INSURANCE COMPANY, Respondent.— Motion for a reargument denied; motion

for leave to appeal to the Court of Appeals granted and question for review certified.